# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 23-mj-204 |
| v. | : |
| | : VIOLATIONS: |
| GENE DIGIOVANNI, JR., | : 18 U.S.C. § 1752(a)(1) |
| | : (Entering and Remaining in a Restricted |
| Defendant. | : Building or Grounds) |
| | : |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **GENE DIGIOVANNI, JR.** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088