UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 23-cr-00444-JEB-1 |
| )  )  )  ) | |
| v.                                                )  )  ) | |
| )   | |
| GENE DiGOVANNI Jr. ("Gino DiGiovanni")  ) _____ ) | JANUARY 4, 2023 |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES, the undersigned Attorney Patrick M. Regan, and hereby respectfully requests, pursuant to LCvR 83.2(c), that this Court grant this Motion for Admission Pro Hac Vice allowing Attorney Martin Minnella to represent Defendant Gene DiGiovanni in this matter.

In support of this Motion, Attorney Minnella certifies, by his respective Affidavit, Attached as Exhibit A, his membership in good standing from the State of Connecticut Supreme Court, along with a hand-signed declaration requesting permission to appear pro hac vice, attached as Exhibit B.

In further support of this Motion, the undersigned, Patrick M. Regan, Esq. states that he is a member of the bar of this Court. He has consented to associate with the act as local counsel for Attorney Minnella on behalf of the Defendant herein.

WHEREFORE, the undersigned respectfully requests that the Court grant his motion.

DATED at Washington, DC this 4th day of January, 2024.

By: /s/ Patrick M. Regan
Patrick M. Regan
1919 M Street NW, Suite 350
Washington, DC 20036
202-960-4596
pregan@reganfirm.com